IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MARILYN D. APPLEWHITE, | ) | CASE NO. 1:14-CV-1376 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN BURKE |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **MEMORANDUM** |
| Defendant. | ) | **OPINION AND ORDER** |

On January 7, 2015, Defendant filed a Proposed Stipulation, signed by both parties, to Remand under Sentence Four of the Social Security Act, 42 U.S.C. § 405(g) ("Stipulation"). Doc. 20.  The parties stipulate that:

> Plaintiff, Marilyn D. Applewhite, by her attorney, Rebecca R. Gillissie, and Defendant, Commissioner of Social Security, by her undersigned attorneys, hereby stipulate and petition this Court, to enter judgment reversing the Commissioner's decision with remand to the agency for further development and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties agree that, on remand, the Appeals Council will remand this case to an Administrative Law Judge who will reevaluate the evidence and issue a new decision.

Doc. 20.

Upon consideration of the parties' Stipulation, the Court hereby enters judgment reversing the Commission's decision and remands the case for further proceedings consistent with the parties' Stipulation.

Dated: January 7, 2015

_____
Kathleen B. Burke
United States Magistrate Judge